# THE WEITZ LAW FIRM, P.A.

Bank Of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida  33160
Main:  305-949-7777
Fax:     305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

October 14, 2020

**VIA CM/ECF**
Honorable Magistrate Judge Zahid N. Quraishi
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street-Courtroom 7W
Trenton, NJ 08608

  Re: Daniel v. Small World Coffee Corporation, et al
    Case: 3:20-cv-00509-BRM-ZNQ

Dear Judge Quraishi:

  The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled and that a settlement agreement is in the process of being reviewed by the parties and their counsel. Upon payment of the settlement amount, the action will be dismissed by Stipulation of Dismissal with Prejudice to be executed and filed with respect to all Defendants.

  Kindly issue an Order of Dismissal with Prejudice, including the right of either party to restore this case within 60 days of such Order in the event the settlement agreement is not completed and executed within that time period. In addition, please cancel all conferences and deadlines currently scheduled in this matter

  Thank you for your cooperation.

           Respectfully,
           THE WEITZ LAW FIRM, P.A.

           By: _____
              Robert J. Mirel, Esq.

cc: Counsel of Record via ECF