UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANNE H. DANIEL,
      Plaintiff,

vs.

SMALL WORLD COFFEE CORPORATION.,
a New Jersey corporation, d/b/a SMALL
WORLD COFFEE-WITHERSPOON ST,
and HEH-ML7 INVESTMENT HOLDINGS,
LLC, a New Jersey limited liability company,
      Defendants.

CASE NO: 3:20-cv-00509-BRM-ZNQ

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, ANNE H. DANIEL, also known as D. ANNE HELENA, and Defendants SMALL WORLD COFFEE CORPORATION., a New Jersey corporation, d/b/a SMALL WORLD COFFEE-WITHERSPOON ST, and HEH-ML7 INVESTMENT HOLDINGS, LLC, a New Jersey limited liability company, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 17th day of November, 2020.

By: _____
Robert J. Mirel, Esq.
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
E-mail: RJM@weitzfirm.com
*Attorney for Plaintiff*

By: _____
Robert M. Pettigrew, Esq.
White and Williams LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 230
Newark, NJ 07102
Telephone: (201) 368-7210
Email: pettigrewr@whiteandwilliams.com
*Attorneys for Defendants*

SO ORDERED
_____
Hon. Brian R. Martinotti, U.S.D.J.

Dated: 1/7/2021